# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

**JUDGMENT IN A CIVIL CASE**

TINA L. GARRISON,

    Plaintiff,

    **V.**                     Case No. 04-4268-CV-C-REL-SSA

JO ANNE B. BARNHART,

    Defendant.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**

        that plaintiff's motion for summary judgment is denied.

    **IT IS FURTHER ORDERED**

        that the decision of the Commissioner is affirmed.

Entered on: August 25, 2005

                                                             P. L. BRUNE
                                                            CLERK OF COURT

                                                          */s/ Bonnie Rowland*
                                                          Courtroom Deputy